No. 87–5563.   WARD v. THIERET, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–5566.   BROWN v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 87–5572.   HUSKEY v. KENTUCKY ET AL.   Cir. Ct. Warren County, Ky.   Certiorari denied.

No. 87–5577.   MARTIN v. COHN, SUPERINTENDENT, INDIANA STATE REFORMATORY.   C. A. 7th Cir.   Certiorari denied.

No. 87–5579.   WILLIAMS v. CADILLAC INSURANCE CO. ET AL. C. A. 6th Cir.   Certiorari denied.

No. 87–5582.   LEBLANC v. NEVADA.   C. A. 9th Cir.   Certiorari denied.

No. 87–5584.   RUFFIN v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–5588.   RAMIREZ-RIOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–5591.   HAWKINS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 87–5594.   LENTZ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5597.   JENNINGS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–5598.   CAUCHON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5601.   BROWN v. LUTHER, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–5602.   ABDOUCH v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5604.   BUFORD v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–5616.   HILL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.